UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PKWY Summerlin LLC,<br>Plaintiff<br>v.<br>United States of America,<br>Defendant | Case No. 2:26-cv-02175-CDS-MDC<br>**Order Granting Plaintiff's Unopposed Motion to Extend Time to File Response**<br>[ECF No. 16] |

Counsel for plaintiff PKWY Summerlin LLC moves for a two-week extension of time to file a response to the defendant's motion to dismiss. Mot., ECF No. 16. Counsel asserts that good cause exists for the requested extension due to multiple competing deadlines and time-sensitive obligations related to an upcoming trial. *Id.* Although I find that counsel's heavy caseload does not always constitute good cause, counsel represents that the government is not opposed. *Id.* at 2. I find that the request is made in good faith and not solely for the purpose of delay, so I allow this extension of time as it is not overly prejudicial.

It is therefore ordered that the plaintiff's motion to extend time **[ECF No. 16] is granted**. The deadline for PKWY Summerlin to file its response to the defendant's motion to dismiss is extended to October 19, 2026.

Dated: September 30, 2026

Cristina D. Silva
United States District Judge